AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

Case: 1:07-cv-00768
Assigned To : Robertson, James
Assign. Date : 4/27/2007
Description: Personal Injury/ Malpractice

TO: (Name and address of Defendant)

Carol B. O'Keefe
General Counsel, WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                    APR 27 2007

CLERK                                       DATE

(By) DEPUTY CLERK

United States District Court
Civil Division

Plaintiff[s]
_Robert R. Fenichel, M.D._
vs.
_Washington Metro Area Transit Authority, et al._
Defendant[s]

Civil Action No. _1:07-cv-00768_

Affidavit of Service by Process Server on WMATA

I, _Kevin M Yu_, having been duly authorized to make service of the Summons, Initial Order, Complaint and Civil Cover Sheet hereby depose and say
That my age and date of birth are as follows: _43 – 11/14/63_
That my business address is: _P.O. Box 614 Silver Spring MD 20918_

That at _11:12_ o'clock am/pm on the _3_ day of _May 2007_.
__ I served the following named Defendant[s] {personally} _____

_____ {defendant's name} a copy of the Summons, Initial Order, Complaint and Civil Cover Sheet at _____.

Description: _____

✓ I served the following named Defendant{s} _Carol B. O'Keefe - General Counsel - WMATA_ by serving a copy of the Summons, Initial Order, Complaint and Civil Cover Sheet at his/her place of abode at
_600 5th st. NW WASH D.C. 20001_,
with _Tanya Price_
Description: _black female - med length braids - 6'0" - early 40's - individual stated to me that she was authorized to accept service on behalf of WMATA._

_____
Signature

Subscribed and sworn to before me this _4_ day of _May, 2007_
_____
Notary Public
My Commission Expires _8.14.11_


AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

Case: 1:07-cv-00768
Assigned To : Robertson, James
Assign. Date : 4/27/2007
Description: Personal Injury/ Malpractice

TO: (Name and address of Defendant)

MICHELLE N. FERGUSON
4020 Livingston Road, S.E.
Washington, D.C. 20032

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON                                   APR 2007

CLERK                                                      DATE

(By) DEPUTY CLERK

United States District Court
Civil Division

Plaintiff[s]
Robert R. Fenichel, MD.
vs.                                          Civil Action No. 1:07-cv-00768
Washington Metro Area Transit Authority, et al.
Defendant[s]

Affidavit of Service by Process Server on Michelle N. Ferguson

I, Kevin McCad, having been duly authorized to make service of the Summons, Initial Order, Complaint and Civil Cover Sheet hereby depose and say
That my age and date of birth are as follows: 43 - 11/14/63
That my business address is: P.O. Box 614 S. Silver Springs MD 20918

✓ That at 11:47 o'clock am/pm on the 3 day of May 2007.
✓ I served the following named Defendant[s] {personally} Michelle N. Ferguson
_____ {defendant's name} a copy
of the Summons, Initial Order, Complaint and Civil Cover Sheet
at 4020 Livingston Rd. S.E. (front entrance) WASH DC 20032.
Description: black female - mid 30's - heavyset - individual identified herself to me

__ I served the following named Defendant{s} _____
by serving a copy of the Summons, Initial Order, Complaint and Civil Cover Sheet at his/her place of abode at
_____
with _____
Description: _____

_____
Signature

Subscribed and sworn to before me this 4 day of May, 2007.
_____
Prudence MacKenzie
Notary Public

My Commission Expires 8-14-11