UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| ROBERT R. FENICHEL, M.D., : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:07-cv-00768-JR |
| : | |
| WASHINGTON METROPOLITAN : | |
| AREA TRANSIT AUTHORITY, : | |
| : | |
| and : | |
| : | |
| MICHELLE N. FERGUSON, : | |
| : | |
| Defendants. : | |

## STIPULATION OF DISMISSAL AS TO DEFENDANT FERGUSON ONLY

Plaintiff Robert R. Fenichel, M.D., and Defendant Washington Metropolitan Area Transit Authority ("WMATA") hereby stipulate that this action be dismissed, without prejudice, as to Defendant Michelle N. Ferguson only pursuant to § 80 of the WMATA Compact, reprinted at D.C. Code § 9-1107.01(80). WMATA acknowledges that Ms. Ferguson was operating the Metrobus in issue within the scope of her employment with WMATA at the time of the accident in issue. The case will remain open as to Defendant WMATA.

| BRUCE J. KLORES & ASSOCIATES, P.C. | WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
|---|---|
| By  /s/ | By  /s/ |
| Bruce J. Klores #358548 | Gerard J. Stief #925933 |
| Scott M. Perry #459841 | Janice L. Cole #440351 |
| 1735 20th Street, NW | 600 Fifth Street, NW |
| Washington, DC 20009 | Washington, DC 20001 |
| 202-628-8100 | 202-962-2543 |
| Attorneys for Plaintiffs | Attorneys for Defendant WMATA |