## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **ROBERT R. FENICHEL, M.D.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No.: 1:07-cv-00768-JR** |
| | : | |
| **WASHINGTON METROPOLITAN** | : | |
| **AREA TRANSIT AUTHORITY,** | : | |
| | : | |
| **Defendant.** | : | |

## ANSWER OF DEFENDANT WMATA

### FIRST DEFENSE

The Complaint herein fails to state a cause of action against Defendant, the Washington Metropolitan Area Transit Authority ("WMATA"), for which relief may be granted.

### SECOND DEFENSE

### JURISDICTION AND VENUE

1.  WMATA admits that this Court has jurisdiction against WMATA only and as to Counts I and II only, pursuant to D.C. Code §§ 9-1107.01(81) and 9-1107.10, but denies all other allegations of Paragraph One.

2.  WMATA admits that venue is proper as to WMATA only and as to Counts I and II only; all other allegations of Paragraph Two are denied.

### PARTIES

3.  WMATA is without knowledge or information sufficient to admit or deny  the allegations of Paragraph Three; therefore, they are denied.

4.  WMATA admits the residency of Michelle Ferguson in the District of Columbia; all

other allegations of Paragraph Four are denied.

5.  WMATA admits only that it owns the bus operated by Michelle Ferguson on June 8, 2006, at 11:00 p.m., and that Ms. Ferguson was acting in the course and scope of her employment with WMATA at that time.   The remainder of the allegations are legal conclusions to which no response is required; to the extent a response is required, they are denied.

6.  WMATA admits that, on June 8, 2006 at approximately 11:00 p.m, Emily Fenichel was a pedestrian crossing Wisconsin Avenue, N.W. at its intersection with Jenifer St., N.W. in the District of Columbia.  All other allegations of Paragraph Six of Plaintiff's Complaint are denied.

7.  WMATA admits that Michelle Ferguson was operating a D.C. registered WMATA bus, tag number B37901, and that Ms. Ferguson made a right turn onto Wisconsin Avenue from Jenifer Street, N.W.   All other allegations of Paragraph Seven are denied.

8-9. [sic] There are no paragraphs numbered Eight and Nine in the Complaint.

10-12.  WMATA denies the allegations of Paragraphs Ten and Eleven.

13-14.  WMATA is without sufficient knowledge or information to admit or deny the  the allegations of Paragraphs Thirteen and Fourteen; therefore, they are denied.

15.  WMATA  is without sufficient knowledge or information to admit or deny the  the allegations of  Paragraph Fifteen; therefore, they are denied.

16.  WMATA admits only that Michelle Ferguson was employed by WMATA and operating the WMATA bus within the scope of her employment of WMATA on June 8, 2006, as stated in Paragraph Sixteen.  The remainder of the allegations are legal conclusions to which no response is required; to the extent a response is required, they are denied.

17.  WMATA admits the allegations of Paragraph Seventeen.

## COUNT I

18.  WMATA incorporates by reference all previous Paragraphs as if set forth in full herein.

19.  The first sentence of Paragraph 19 is a statement of the nature of the claim to which no response is necessary.  WMATA is without information sufficient to admit or deny the remainder of the allegations of Paragraph Nineteen; therefore, they are denied.

20.  The allegations of Paragraph Twenty are legal conclusions to which no response is required; to the extent a response is required, they are denied.

21-26.  WMATA denies the allegations contained in Paragraphs Twenty-one through Twenty-six.

## COUNT II

27.  WMATA incorporates by reference all previous Paragraphs as if set forth in full herein.

28.  The allegation of Paragraph Twenty-eight is a statement of the nature of the claim to which no response is necessary.

29.  The allegations of Paragraph Twenty-nine are legal conclusions to which no response is required; to the extent a response is required, they are denied.

30-37.  WMATA denies the allegations of Paragraphs Thirty through Thirty-seven.

## COUNT III

38.  WMATA incorporates by reference all previous Paragraphs as if set forth in full herein.

39-43.  WMATA denies the allegations of Paragraphs Thirty-nine through Forty-three, and further denies that it is subject to this claim under applicable law.

## COUNT IV

44.  WMATA incorporates by reference all previous Paragraphs as if set forth in  full herein.

45.  WMATA is without sufficient information to admit or deny the allegations of Paragraph Forty-five; therefore, they are denied.

46.  WMATA denies the allegations of Paragraph Forty-six, and further denies that it is subject to this claim under applicable law.

## THIRD DEFENSE

WMATA reserves the right to assert the defense that, if the Plaintiff was injured as alleged in the complaint, her injuries, if any, were the sole result of the acts of a person or persons other than WMATA or WMATA's servants, agents, or employees acting within the scope of their employment.

## FOURTH DEFENSE

WMATA asserts that Plaintiff's action is barred in whole, or in part by WMATA's sovereign/governmental immunity and Section 80 of the WMATA Compact.

## FIFTH DEFENSE

WMATA asserts Plaintiff injuries were caused by her sole and contributory  negligence and/or her assumption of risk.

## SIXTH DEFENSE

WMATA intends to rely on all defenses available from the evidence at the time of any trial and expressly reserves the right to assert such a defense as the facts become known.

Further answering the Complaint, WMATA denies all allegations of negligence and other improper conduct and further denies all allegations not specifically admitted or otherwise answered.

WHEREFORE, having fully answered the Complaint, WMATA respectfully requests that this matter be dismissed and that it be awarded costs.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
  TRANSIT AUTHORITY

Carol B. O'Keeffe #445277
General Counsel

_/s/_____
Mark F. Sullivan #430876
Deputy General Counsel

___/s/_____
Gerard J. Stief  #925933
Associate General Counsel
(202) 962-1463

___/s/_____
Janice L. Cole  #440351
Associate General Counsel
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2543
Attorneys for Defendant WMATA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2007, a copy of the foregoing Answer of Defendant WMATA was emailed to:

Bruce J. Klores #358548
Scott M. Perry #459841
Bruce J. Klores & Associates
1735 20th Street, NW
Washington, DC 20009
202-628-8100
Attorneys for Plaintiffs

____/s/_____
Janice L. Cole #440351