THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. FENICHEL, M.D.,** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:07-cv-00768-JR |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY,** : | |
| : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE

TO THE CLERK AND TO ALL PARTIES OF RECORD, PLEASE TAKE NOTICE THAT: the undersigned counsel hereby enters her appearance on behalf of Defendant Washington Metropolitan Area Transit Authority.

Respectfully submitted,

/s/
Janice L. Cole #440351
Associate General Gounsel
600 Fifth St., N.W.
Washington, DC 20001
(202) 962-2543
Attorney for Defendant  WMATA

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 23rd day of May 2007, a copy of the foregoing Notice of Appearance was emailed to:

Bruce J. Klores #358548
Scott M. Perry #459841
Bruce J. Klores & Associates

1735 20th Street, NW
Washington, DC 20009
202-628-8100
Attorneys for Plaintiffs

                         ___/s/_____
                         Janice L. Cole #440351