## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT R. FENICHEL, M.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C. A. No. 1:07-CV-00768 |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY, et al. | ) | |
| | ) | |
| Defendants. | ) | |

### **PRAECIPE**

The Clerk will please enter the appearance of Bruce J. Klores, Esquire, as co-counsel for the plaintiff in this case. Bruce J. Klores & Associates, P.C., and Scott M. Perry, Esquire, remain as counsel for the plaintiffs.

Respectfully submitted,

BRUCE J. KLORES & ASSOCIATES, P.C.


By_____/s/ Bruce J. Klores_____
   Bruce J. Klores - #358548

By_____/s/ Scott M. Perry_____
   Scott M. Perry - #459841
   1735 20th Street, N.W.
   Washington, DC 20009
   P: 202-628-8100
   Attorneys for Plaintiffs