UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**ROBERT R. FENICHEL, M.D.**

    **Plaintiff,**

    v.       Case No.: 1:07-cv-00768-JR

**WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY**

    **Defendant.**

**MEET AND CONFER REPORT TO THE COURT
IN COMPLIANCE WITH LOCAL RULE 16.3**

Plaintiff Robert R. Fenichel, M.D., and Defendant Washington Metropolitan Area Transit Authority ("WMATA"), submit this report pursuant to Fed. R. Civ. P. 26(b) and Local Rule 16.3.

1.    Dispositive Motions.

These parties do not anticipate filing dispositive motions at this stage of the proceedings, but reserve the right to do so.

2.    Parties To Be Joined.

Plaintiff has filed a motion to amend the complaint to join the bus manufacturer, DaimlerChrylser Corporation. The Court granted the motion and Plaintiff is making arrangements for service.

3.    Magistrate Judge.

The parties do not wish to assign this case to a Magistrate Judge.

4.    Settlement.

The parties do not feel that mediation would be productive at this time, but reserve the right to request mediation after the completion of discovery.

5. <u>ADR</u>.

<u>See</u> No. 4, <u>supra</u>.

6. <u>Summary Judgment</u>.

<u>See</u> No. 1, <u>supra</u>. These parties request that all dispositive motions be filed no later that 30 days after completion of discovery; Opposition to Motion for Summary Judgment, 30 days thereafter; and Reply Memorandum, 10 days thereafter.

7. <u>Initial Disclosures</u>.

These parties agree to waive the initial disclosure requirement of Federal Rule of Civil Procedure 26(a)(1).

8. <u>Discovery</u>.

These parties request that discovery remain open for 180 days after the initial status conference and agree to the presumptive limits set by the rules. The parties reserve the right to request that the Court waive the presumptive limits if it becomes necessary to do so.

9. <u>Experts</u>.

These parties agree as to the following timing for exchange of expert witness reports:

    a.    Plaintiff's Expert Designation deadline    09/15/2007

    b.    Defendant's Expert Designation deadline    11/1/2007

10. <u>Class Actions</u>.

   Not applicable.

11. <u>Bifurcation</u>.

   Trial and/or discovery should not be bifurcated.

12. <u>Pretrial Conference</u>.

   To be set at the initial scheduling conference for approximately 60 days after the close of discovery.

13. <u>Trial</u>.

   To be set at the pretrial conference.

14. <u>Other Matters</u>.

   None.

                    Respectfully submitted,

| /s/ Bruce J. Klores | /s/ Gerard J. Stief |
|---|---|
| Bruce J. Klores #358548 | Gerard J. Stief #925933 |
| Scott M. Perry #459841 | Janice L. Cole #440351 |
| Bruce J. Klores & Assoc. | Associates General Counsel |
| 1735 20th St., N.W. | 600 Fifth Street, N.W. |
| Washington, D.C. 20009 | Washington, D.C. 20001 |
| (202) 628-8100 | 202-962-2543 (phone) |
| Attorneys for Plaintiff | 202-962-2550 (fax) |
| | Attorneys for Defendant WMATA |

3

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Meet and Confer Report to the Court in Compliance with Local Rule 16.3** was electronically transmitted this 4th day of June, 2007 to:

    Bruce J. Klores
    Scott M. Perry
    Bruce J. Klores & Associates
    1735 20th Street, NW
    Washington, DC 20009

                                          /s/ Gerard J. Stief
                                          Gerard J. Stief

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. FENICHEL, M.D.** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:07-cv-00768-JR |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| Defendant. : | |
| : | |

### ORDER

The following schedule will govern further proceedings in this matter:

Deadline to amend complaint and add parties………June 30, 2007

Plaintiff's Expert Designation Deadline………………September 15, 2007

Defendant's Expert Designation Deadline……………November 1, 2007

Discovery Closes…………………………………………December 14, 2007

Dispositive Motions Deadline……………………………January 14, 2008

Pretrial Conference………………………………………_____

                                                    United States District Judge

Electronic copies to:

Gerard J. Stief and Janice L. Cole, Counsel for WMATA

Bruce J. Klores and Scott M. Perry, Counsel for Plaintiff