AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

CASE NUMBER:    1:07 - 00768 - JR

TO: (Name and address of Defendant)

DAIMLERCHRYSLER COMMERCIAL BUSES NORTH AMERICA, INC.
Serve:    THE CORPORATION TRUST INCORPORATED
          300 E. Lombard Street
          Baltimore, MD 21202  14

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                                JUN 1 2007

CLERK

(By) DEPUTY CLERK                                         DATE

United States District Court District of Columbia
Civil Division

Plaintiff[s]

Robert R. Fenichel, M.D.

vs.                                          Civil Action No. 1:07-00768-JR

Washington Metropolitan Area Transit Authority, et al.
Defendant[s]

## Affidavit of Service by Process Server on DaimlerChrysler Commercial Buses North America Inc

I, _____ Kevin M/loul, having been duly authorized to make
service of the Summons and Complaint hereby depose and say

That my age and date of birth are as follows: 43 - 11/14/63

That my business address is: P.O. Box 614 Silver Spring MD 20918

That at 1:13 o'clock am/pm on the 4 day of June 2007.
I served the following named Defendant[s] {personally} DaimlerChrysler Commercial
Buses North America Inc. C/o The Corporation Trust Inc. - Bonnie Hartman
                                        {defendant's name} a copy
of the Summons and Complaint
at 300 E. Lombard St. 1400 Baltimore MD 21202.

Description: white female - glasses - black hair - individual stated to me
that she was authorized to accept service on behalf of DaimlerChrysler Buses North America, Inc.

___ I served the following named Defendant{s} _____
by serving a copy of the Summons and Complaint at his/her place of abode at

with _____
Description: _____

_____
                                        Signature

District of Columbia, ss:
Subscribed and sworn to before me this 5 day of June, 2007

                                        Prudence Warlienne
                                        Notary Public

My Commission Expires 8.14.11

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

CASE NUMBER:    1:07 - 00768 - JR

TO: (Name and address of Defendant)

ORION BUS INDUSTRIES, INC.
Serve:    C T Corporation System
          1015 15th Street, N.W. - Ste. 1000
          Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUN 1 2007

CLERK                    _Laura Chipley_

DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE 6/7/07 |
|---|---|

| NAME OF SERVER *(PRINT)* Lawrence Mattier | TITLE Paralegal for Bruce J. Klores & Assoc. |
|---|---|

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

☑ Other (specify): Served to: C T Corporation System
1015 15th St. NW
#1000        Left Summons & Complaint With
Washington, DC 20005    Anthony Serrette

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

       I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   6/7/07      _Lawrence L. Mattier_
         Date              *Signature of Server*

             Bruce J. Klores + Assoc., P. C.
             1735 20th St. NW
             Washington, DC 20009
             *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440  (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

CASE NUMBER:    1:07 - 00768 - JR

TO: (Name and address of Defendant)

DAIMLERCHRYSLER CORPORATION
Serve:        C T Corporation System
              1015 15th Street, N.W. - Ste. 1000
              Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____30_____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for
the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the Clerk of this
Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                          JUN 1 2007

CLERK                                               DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE 6/5/07 | |
| NAME OF SERVER (PRINT) Lawrence Mattier | TITLE Paralegal for Bruce J. Klores & Assoc., P.C. | |

_Check one box below to indicate appropriate method of service_

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served, CT Corporation System
                1015 15th St. N.W.
                Suite 1000
                Washington, DC 20005  Left with Anthony Serrette

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

| DECLARATION OF SERVER |
|---|

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 6/5/07
      Date                 Signature of Server

                Bruce J. Klores & Assoc., P.C.
                1735 20th St., NW
                Washington, DC 20009
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.