AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

CASE NUMBER:   1:07 - 00768 - JR

TO: (Name and address of Defendant)

DAIMLERCHRYSLER COMMERCIAL BUSES NORTH AMERICA, INC.
Serve:   THE CORPORATION TRUST INCORPORATED
         300 E. Lombard Street
         Baltimore, MD 21202      14

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ___30___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                               JUN 1 2007

CLERK                                                    DATE

_[signature]_
(By) DEPUTY CLERK

United States District Court District of Columbia
Civil Division

Plaintiff[s]
Robert R. Fenichel, M.D.
vs.                                                    Civil Action No. 1:07-00768-JR
Washington Metropolitan Area Transit Authority, et al.
Defendant[s]

## Affidavit of Service by Process Server on DaimlerChrysler Commercial Buses North America Inc

I, Kevin McCoul, having been duly authorized to make service of the Summons and Complaint hereby depose and say

That my age and date of birth are as follows: 43 - 11/14/63.
That my business address is: P.O. Box 614 Silver Spring MD 20918

That at 1:13 o'clock am/pm on the 4 day of June 2007.
✓ I served the following named Defendant[s] {personally} DaimlerChrysler Commercial Buses North America Inc. c/o the Corporation Trust Inc. - Bonnie S. Hartman {defendant's name} a copy
of the Summons and Complaint
at 300 E. Lombard St. 1400 Baltimore MD 21202.

Description: white female - glasses - black hair - individual stated to me that she was authorized to accept service on behalf of DaimlerChrysler Buses North America, Inc

__ I served the following named Defendant{s} _____
by serving a copy of the Summons and Complaint at his/her place of abode at
_____
with _____
Description: _____

Signature

District of Columbia, ss:
Subscribed and sworn to before me this 5 day of June, 2007

Notary Public
My Commission Expires 8.14.11

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

CASE NUMBER:    1:07 - 00768 - JR

TO: (Name and address of Defendant)

ORION BUS INDUSTRIES, INC.
Serve:    C T Corporation System
          1015 15th Street, N.W. - Ste. 1000
          Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within ____30____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 1 2007

CLERK    _[signature: Laura Chipley]_        DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/7/07 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Lawrence Mattier | Paralegal for Bruce J. Klores & Assoc. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served to: C T Corporation System
1015 15th St. NW
#1000
Washington, DC 20005    Left Summons & Complaint with Anthony Serrette

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/7/07
Date

*Signature of Server*

Bruce J. Klores & Assoc., P.C.
1735 20th St. NW
Washington, DC 20009
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

ROBERT R. FENICHEL, M.D.

**SUMMONS IN A CIVIL CASE**

V.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY, et al.

CASE NUMBER:   1:07 - 00768 - JR

TO: (Name and address of Defendant)

DAIMLERCHRYSLER CORPORATION
Serve:   C T Corporation System
         1015 15th Street, N.W. - Ste. 1000
         Washington, DC 20005

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Bruce Klores, Esquire
Scott Perry, Esquire
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.
Washington, DC 20009

an answer to the complaint which is served on you with this summons, within _____30_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUN 1 2007

CLERK  /s/ Laura Chipley                       DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 6/5/07 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Lawrence Mottier | Paralegal for Bruce J. Klores & Assoc., P.C. |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Served CT Corporation System
1015 15th St., N.W.
Suite 1000
Washington, DC 20005  Left with- Anthony Serrette

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  6/5/07
                Date

*Signature of Server*

Bruce J. Klores & Assoc., P.C.
1735 20th St., NW
Washington, DC 20009
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.