**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

June 7, 2007

Scott Perry
Bruce J. Klores & Associates, P.C.
1735 20th Street, N.W.,
Washington, DC 20009

Re: Robert R. Fenichel, M.D., Pltf. vs. Washington Metropolitan Area Transit Authority, et al. including Orion Bus Industries, Inc., Dfts.
Case No. 1:07-00768 JR

Dear Sir/Madam:

We are herewith returning the Summons, Return of Service, and First Amended Complaint which we received regarding the above captioned matter.

Orion Bus Industries, Inc. is not listed on our records or on the records of the State of DC.

Very truly yours,

Melanie Henderson
Fulfillment Specialist

Log# 512291887

cc: District Court
    United States Courthouse,
    1225 E. Barrett Prettyman,
    333 Constitution Avenue, N.W.,
    Washington, DC 20001

Federal Express Tracking #7925 0039 1496

**RECEIVED**
JUN 11 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT