**CT**
a Wolters Kluwer business

CT
1015 15th Street NW
Suite 1000
Washington, DC 20005-2606

202 572 3133 tel
202 572 9633 fax
www.ctlegalsolutions.com

June 18, 2007

Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.,
Washington, DC 20001

Re: Robert R. Fenichel, M.D., Pltf. vs. Washington Metropolitan Area Transit Authority, et al. including Orion Bus Industries, Inc., Dfts.
Case No. 1:07-00768 (JR)

Dear Sir/Madam:

We are returning the enclosed documents pertaining to the above entitled action. You have indicated several corporate entities represented by C T Corporation System upon which you intend to make service.

Since you only forwarded one set of documents, we are unable to determine for which entity process is intended. Please note that it is not the responsibility of the registered agent to make copies of documents received in our office. We merely take and forward to the intended recipient, documents directed to the individual entities for which C T Corporation System furnishes the registered agent.

We request that you either forward a complete set of documents for each entity, or indicate which entity you are serving. The documents should be addressed to the exact name of the entity you wish to serve, c/o C T Corporation System at the address shown on this letter.

Very truly yours,


Mark Diffenbaugh
Fulfillment Manager

Log# 512322662

cc: District Court
    United States Courthouse,
    1225 E. Barrett Prettyman,
    333 Constitution Avenue, N.W.,
    Washington, DC 20001

    Federal Express Tracking #7913 2433 1030