## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. FENICHEL, M.D. ) <br> Individually, and as Personal ) <br> Representative of the ) <br> Estate and Next of Kin of ) <br> EMILY S. FENICHEL, Deceased, ) <br> ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, et al. ) <br> ) <br> Defendants. ) <br> _____) | Case No. 1:07-cv-00768-JR |

## STIPULATION OF DISMISSAL AS TO
## ONE DEFENDANT ONLY

Plaintiff Robert R. Fenichel, M.D., and Defendant DaimlerChrysler Corporation, hereby stipulate that this action be dismissed, without prejudice, as to DaimlerChrysler Corporation only.

This case will remain open as to all other defendants.

BRUCE J. KLORES & ASSOCIATES, P.C.


_____/s/ Scott M. Perry_____
Bruce J. Klores (#358548)
Scott M. Perry (#459841)
1735 20th Street, N.W.
Washington, DC 20009
(202) 628-8100
F: (202) 628-1240
E-mail: smp@klores.com
*Counsel for Plaintiff*

_____/s/ William J. Cremer,_____
CREMER, KOPON, SHAUGHNESSY & SPINA, LLC
William J. Cremer, Esq.
Bradley M. Burd, Esq.
180 N. LaSalle Street, Suite 3300
Chicago, IL 60601
(312) 276-3800
E-mail: BBurd@cksslaw.com


_____/s/David P. Durbin_____
JORDAN COYNE & SAVITS, L.L.P.
David P. Durbin (#928655)
1100 Connecticut Avenue, N.W., Suite 600
Washington, DC 20036
(202) 496-2804
F: (202) 496-2800
E-mail: d.durbin@jocs-law.com
*Counsel for Defendant DaimlerChrysler Corporation*

1845/stip.dismissal.Chrysler