UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT R. FENICHEL, M.D., Individually and as Personal Representative of the Estate and Next Kin of Emily S. Fenichel, Deceased, | * * * * * * | |
| Plaintiff, | * * | |
| v. | * * | Case No.:   1:07-cv-00768 (JR) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*, | * * * | |
| Defendants. | * | |

## DEFENDANT DAIMLERCHRYSLER COMMERCIAL BUSES NORTH AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1(a), defendant, DaimlerChrysler Commercial Buses North America, Inc. f/k/a Orion Bus Industries, Inc. ("DCCBNA"), by and through its attorneys, CREMER, KOPON, SHAUGHNESSY & SPINA, LLC, hereby submits its Corporate Disclosure Statement and states that it is a 100% subsidiary of DaimlerChrysler North America Holding Corp. DCCBNA has three subsidiaries which it wholly owns: DaimlerChrysler Commercial Buses North America Ltd., DaimlerChrysler Commercial Buses North Carolina, and Setra of North America, Inc.

Respectfully submitted,

| | |
|---|---|
| William J. Cremer, Esquire<br>Bradley M. Burd, Esquire<br>CREMER, KOPON, SHAUGHNESSY<br>    & SPINA, LLC<br>Suite 3300<br>180 N. LaSalle Street<br>Chicago, IL 60601<br>(312) 276-3800<br>Fax: (312) 726-3818<br>E-mail: Bburd@cksslaw.com<br><br>Of Counsel for Defendant,<br>Daimler/Chrysler Commercial Buses<br>North America, Inc. f/k/a Orion Bus<br>Industries, Inc. | JORDAN COYNE & SAVITS, L.L.P.<br><br>By: _/s/ David P. Durbin_____<br>David P. Durbin<br>Bar #928655<br>1100 Connecticut Avenue, NW<br>Suite 600<br>Washington, DC 20036<br>(202) 496-2804<br>Fax: (202) 496-2800<br>E-mail: d.durbin@jocs-law.com<br><br>Counsel for Defendant, Daimler/Chrysler<br>Commercial Buses North America, Inc. f/k/a<br>Orion Bus Industries, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Corporate Disclosure Statement was mailed, first class and postage prepaid, this 29th day of August, 2007 to:

Bruce J. Klores, Esquire
Scott M. Perry, Esquire
BRUCE J. KLORES & ASSOCIATES, P.C.
1735 20th Street, NW
Washington, DC 20009
  Counsel for Plaintiff

Gerard Joseph Stief, Esquire
Janice Lynn Cole, Esquire
WASHINGTON METROPOLITAN AREA TRANSIT
AUTHORITY
600 5th Street, NW
Washington, DC 20001

_/s/ David P. Durbin_____
David P. Durbin