UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. FENICHEL, M.D., Individually and as Personal Representative of the Estate and Next Kin of Emily S. Fenichel, Deceased,<br><br>      Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*,<br><br>      Defendants. | Case No.:  1:07-cv-00768 (JR) |

## CONSENT MOTION FOR *PRO HAC VICE* ADMISSION

Defendant, DaimlerChrysler Commercial Buses North America, Inc., by and through its undersigned counsel and pursuant to LCvR 83.2(c), hereby respectfully moves this Honorable Court for the entry of an Order admitting, *pro hac vice*, William J. Cremer, Esquire and Bradley M. Burd, Esquire of the law firm of Cremer, Kopon, Shaughnessy & Spina, LLC, as counsel for this Defendant with permission to be heard in open Court and to participate in all proceedings.  Counsel for the Plaintiff and Co-Defendant have graciously consented to the relief requested.

      The undersigned is a member in good standing of the Bar of this Court and has joined of record as co-counsel for this Defendant.

      The necessary declarations are appended hereto and it is respectfully submitted that each of the proposed admittees meets the necessary qualifications of this Court.

Accordingly, for these reasons, Defendant respectfully prays that its Motion will be granted.

Respectfully submitted,

| | |
|---|---|
| William J. Cremer, Esquire<br>Bradley M. Burd, Esquire<br>CREMER, KOPON, SHAUGHNESSY<br>   &amp; SPINA, LLC<br>Suite 3300<br>180 N. LaSalle Street<br>Chicago, IL  60601<br>(312) 276-3800<br>Fax:  (312) 726-3818<br>E-mail:  Bburd@cksslaw.com<br><br>Of Counsel for Defendant,<br>Daimler/Chrysler Commercial Buses<br>North America, Inc. f/k/a Orion Bus<br>Industries, Inc. | JORDAN COYNE & SAVITS, L.L.P.<br><br>By: _/s/ David P. Durbin_____<br>David P. Durbin<br>Bar #928655<br>1100 Connecticut Avenue, NW<br>Suite 600<br>Washington, DC  20036<br>(202) 496-2804<br>Fax:  (202) 496-2800<br>E-mail:  d.durbin@jocs-law.com<br><br>Counsel for Defendant, Daimler/Chrysler<br>Commercial Buses North America, Inc. f/k/a<br>Orion Bus Industries, Inc. |

POINTS AND AUTHORITIES

LCvR 83.2(c).

_/s/ David P. Durbin_____
David P. Durbin

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Consent Motion For *Pro Hac Vice* Admission was served electronically this ___18th___ day of October, 2007 to:

>Bruce J. Klores, Esquire
>Thomas Mitchell, Esquire
>BRUCE J. KLORES & ASSOCIATES, P.C.
>1735 20th Street, NW
>Washington, DC  20009
>  Counsel for Plaintiff
>
>Gerard Joseph Stief, Esquire
>Janice Lynn Cole, Esquire
>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
>600 5th Street, NW
>Washington, DC  20001

_____
David P. Durbin

STATE OF ILLINOIS    )
                     )
COUNTY OF COOK       )

### DECLARATION OF WILLIAM J. CREMER

I, William J. Cremer, do solemnly swear that as an attorney and as a counselor of this Court, do swear that the information contained in this Declaration is true to the best of my knowledge:

1. I am a member in good standing of the bar of the State of Illinois since admission in 1981.

2. I am also admitted to practice in the United States District Court for the Northern District of Illinois, United States Court of Appeals for the Seventh Circuit and United States Supreme Court.

3. I am currently not under any order of disbarment, suspension or any other discipline, nor have I been disciplined by any bar at any point since my admission in 1981.

4. I have not been admitted pro hac vice in this Court in the previous two years.

5. I currently practice law in Chicago, Illinois. I am a member at the law firm Cremer, Kopon, Shaughnessy & Spina, LLC. Our office is located at 180 North LaSalle Street, Chicago, Illinois 60601. My office telephone number is (312) 726-3800.

6. I have never practiced law from an office located in the District of Columbia, nor have I ever been a member of the bar of the District of Columbia. I do not have an application for membership pending.

10/12/07
_____
Date

_____
William J. Cremer

Subscribed and sworn to before me
on this 15th day of October, 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
JUDITH ANN NALOMSKI
Notary Public, State of Illinois
My Commission Expires 10/05/2010



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600   (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838   (800) 252-8048
Fax (217) 522-2417

William J. Cremer
Cremer Kopon Shaughnessy & Spina, LLC
180 N. LaSalle Street - Suite #3300
Chicago, IL 60601-2808

Chicago
Thursday, September 13, 2007

In re: William Joseph Cremer
Admitted: 12/8/1981
Attorney No. 6180833

To Whom It May Concern:

  The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

                Very truly yours,
                Jerome Larkin
                Administrator

             By:_____
                Thomas W. Peters
                Registrar

TWP:ao

STATE OF ILLINOIS     )
                      )
COUNTY OF COOK        )

## DECLARATION OF BRADLEY M. BURD

I, Bradley Mark Burd, do solemnly swear that as an attorney and as a counselor of this Court, that the information contained in this Declaration is true to the best of my knowledge:

1. I am a member in good standing of the bar of the State of Illinois since admission in 2002.

2. I am also admitted to practice in the United States District Court for the Northern District of Illinois.

3. I am currently not under any order of disbarment, suspension or any other discipline, nor have I been disciplined by any bar at any point since my admission in 2002.

4. I have not been admitted pro hac vice in this Court in the previous two years.

5. I currently practice law in Chicago, Illinois. I am an associate at the law firm Cremer, Kopon, Shaughnessy & Spina, LLC. Our office is located at 180 North LaSalle Street, Chicago, Illinois 60601. My office telephone number is (312) 726-3800.

6. I have never practiced law from an office located in the District of Columbia, nor have I ever been a member of the bar of the District of Columbia. I do not have an application for membership pending.

10-10-07
Date

Bradley M. Burd

Subscribed and sworn to before me on this 10th day of October, 2007.

_____
NOTARY PUBLIC

"OFFICIAL SEAL"
LESHIA MICHELL DANIELS
Notary Public, State of Illinois
My Commission Expires 07/12/2008



ATTORNEY REGISTRATION AND DISCIPLINARY COMMISSION
of the
SUPREME COURT OF ILLINOIS

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600  (800) 826-8625
Fax (312) 565-2320

One North Old Capitol Plaza, Suite 333
Springfield, IL 62701
(217) 522-6838  (800) 252-8048
Fax (217) 522-2417

Bradley M. Burd
Cremer Kopon Shaughnessy & Spina, LLC
180 N LaSalle St., Suite 3300
Chicago, IL 60601-2808

Chicago
Thursday, September 13, 2007

In re: Bradley M. Burd
Admitted: 11/7/2002
Attorney No. 6277199

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and of this office indicate that the attorney named above was admitted to the practice of law in Illinois; is currently registered on the master roll of attorneys entitled to practice law in this state; and has never been disciplined; and is in good standing.

Very truly yours,
Jerome Larkin
Administrator

By: _____
Thomas W. Peters
Registrar

TWP

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. FENICHEL, M.D., Individually and as Personal Representative of the Estate and Next Kin of Emily S. Fenichel, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, et al.,<br><br>    Defendants. | Case No.:   1:07-cv-00768 (JR) |

**ORDER GRANTING CONSENT MOTION FOR *PRO HAC VICE* ADMISSION**

Upon consideration of the Consent Motion For *Pro Hac Vice* Admission and the entire record herein, it is, by this Court, this _____ day of October, 2007

ORDERED, that the Consent Motion be, and the same hereby is GRANTED; and, it is further

ORDERED, that William J. Cremer, Esquire and Bradley M. Burd, Esquire are admitted for all purposes, *pro hac vice*, in this action and that the aforementioned counsel are permitted to be heard in open Court.

_____
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record