UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT R. FENICHEL, M.D., *et al.*,  :
      Plaintiffs,  :
   v.  : Civil Action No. 07-0768 (JR)
WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, *et al.*,  :
      Defendants.  :

### ORDER

Upon consideration of defendant Dimler Chrysler Commercial Buses North America, Inc.'s consented motion for the *pro hac vice* appearances of William J. Cremer and Bradley M. Burd [22], it is

**ORDERED** that leave to appear *pro hac vice* <u>will be granted only upon condition</u> that the lawyers admitted, or at least one member of the lawyers' firm, undergo CM/ECF training, obtain a CM/ECF username and password, and agree to file papers electronically.  No court papers will be mailed to any lawyer.


                    JAMES ROBERTSON
            United States District Judge