UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. FENICHEL, M.D.** : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Case No.: 1:07-cv-00768-JR |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| Defendant. : | |
| : | |

JOINT MOTION FOR EXTENSION
OF CERTAIN DEADLINE DATES

The parties, through counsel, respectfully move the Court, pursuant to Fed. R. Civ. P. 6(b), to extend the following deadline dates. This request is necessitated by the workload of counsel and the need to coordinate certain events, such as expert reports, with factual discovery. The parties request that the following dates be extended:

1. WMATA's Opposition to Plaintiff's Motion for Summary Judgment on Liability,
From October 25, 2007 to November 1, 2007.

2. Plaintiff's Reply to WMATA's Opposition to Plaintiff's Motion for Summary Judgment on Liability,
From November 5, 2007 to November 13, 2007.

3. Plaintiff's 26(a)(2) Statement,
From November 16, 2007 to December 17, 2007.

4. Defendants' 26(a)(2) Statement,
From January 11, 2008 to February 11, 2008.

**POINTS AND AUTHORITIES**

_____Fed. R. Civ. P. 6(b).

| /s/ | /s/ | /s/ |
|---|---|---|
| Bruce J. Klores #358548 | Gerard J. Stief #925933 | David P. Durbin # 928655 |
| Scott M. Perry#459841 | Janice L. Cole #440351 | 1100 Connecticut Ave, NW |
| 1735 20th Street, NW | 600 Fifth Street, N.W. | Suite 600 |
| Washington, DC 20009 | Washington, D.C. 20001 | Washington, DC 20036 |
| 202-628-8100 (phone) | 202-962-2543 (phone) | 202-496-2804 (phone) |
| 202-628-1240 (fax) | 202-962-2550 (fax) | 202-496-2800 (fax) |
| Counsel for Plaintiff | Counsel for Defendant WMATA | Counsel for Defendant Daimler/Chrysler Commercial Buses North America, Inc. f/k/a Orion Bus Industries, Inc. |

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing **Joint Motion for Extension of Certain Deadline Dates** was electronically transmitted this 25th day of October 2007 to:

Bruce J. Klores  
Scott M. Perry  
Bruce J. Klores & Associates  
1735 20th Street, NW  
Washington, DC 20009

David P. Durbin  
1100 Connecticut Ave, NW  
Suite 600  
Washington, DC 20036

    /s/ Gerard J. Stief  
    Gerard J. Stief

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT R. FENICHEL, M.D.** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v. : | Case No.: 1:07-cv-00768-JR |
| : | |
| **WASHINGTON METROPOLITAN** : | |
| **AREA TRANSIT AUTHORITY** : | |
| : | |
| **Defendant.** : | |

### ORDER

Upon consideration of the parties' Joint Motion for Extension of Certain Deadline Dates, and good cause having been shown, it is by the Court this _____ day of _____, 2007:

ORDERED, that the motion is granted. WMATA's Opposition to Plaintiff's Motion for Summary Judgment on Liability is due on November 1, 2007; Plaintiff's Reply thereto is due November 13, 2007; Plaintiff's 26(a)(2) Statements are due December 17, 2007; Defendants' 26(a)(2) Statements are due February 11, 2008.

                                                                         United States District Judge

Electronic copies to:

Gerard J. Stief and Janice L. Cole, Counsel for Defendant WMATA

Bruce J. Klores and Scott M. Perry, Counsel for Plaintiff

David P. Durbin, Counsel for Defendant Daimler/Chrysler