UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROBERT R. FENICHEL, M.D.,          *
Individually and as Personal       *
Representative of the Estate and   *
Next Kin of Emily S. Fenichel,     *
Deceased,                          *
                                   *
           Plaintiff,              *
                                   *
     v.                            *      Case No.:    1:07-cv-00768 (JR)
                                   *
WASHINGTON METROPOLITAN            *
AREA TRANSIT AUTHORITY, *et al.*,  *
                                   *
           Defendants.             *

## ENTRY OF APPEARANCE

The Clerk will please enter the appearance of D. Stephenson Schwinn of this

Firm as co-counsel for the Defendant, DaimlerChrysler Commercial Buses North

America, Inc.  David P. Durbin remains as counsel for this Defendant.

Respectfully submitted,

William J. Cremer, Esquire          JORDAN COYNE & SAVITS, L.L.P.
Bradley M. Burd, Esquire
CREMER, KOPON, SHAUGHNESSY
    & SPINA, LLC
Suite 3300                          By: _____
180 N. LaSalle Street                   David P. Durbin
Chicago, IL  60601                      Bar #928655
(312) 276-3800                          D. Stephenson Schwinn
Fax:  (312) 726-3818                    Bar #358825
E-mail:  Bburd@cksslaw.com              1100 Connecticut Avenue, NW
                                        Suite 600
                                        Washington, DC  20036
                                        (202) 296-4747
                                        Fax:  (202) 496-2800
Of Counsel for Defendant,               E-mail:  d.durbin@jocs-law.com
Daimler/Chrysler Commercial Buses                s.schwinn@jocs-law.com
North America, Inc. f/k/a Orion Bus
Industries, Inc.
                                    Counsel for Defendant, Daimler/Chrysler
                                    Commercial Buses North America, Inc. f/k/a
                                    Orion Bus Industries, Inc.

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing Entry Of Appearance was electronically served via the Court's ECF filing system this _____ day of December, 2007 to:

> Bruce J. Klores, Esquire
> Scott M. Perry, Esquire
> BRUCE J. KLORES & ASSOCIATES, P.C.
> 1735 20th Street, NW
> Washington, DC  20009
>  Counsel for Plaintiff
>
> Gerard Joseph Stief, Esquire
> Janice Lynn Cole, Esquire
> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY
> 600 5th Street, NW
> Washington, DC  20001

_____
D. Stephenson Schwinn

- 2 -