AO88 (Rev. 12/06) Subpoena in a Civil Case

# Issued by the
## UNITED STATES DISTRICT COURT
### DISTRICT OF COLUMBIA

Robert Fenichel, M.D.

V.

WMATA, et al.

**SUBPOENA IN A CIVIL CASE**

Case Number:[1] 1:07-cv-00768-JR

TO: Michelle Ferguson
4020 Livingston Road, S.E.
#303
Washington, D.C. 20032-2906

☐ YOU ARE COMMANDED to appear in the United States District court at the place, date, and time specified below to testify in the above case.

| PLACE OF TESTIMONY | COURTROOM |
|---|---|
|  |  |
|  | DATE AND TIME |
|  |  |

☑ YOU ARE COMMANDED to appear at the place, date, and time specified below to testify at the taking of a deposition in the above case.

| PLACE OF DEPOSITION | DATE AND TIME |
|---|---|
| Bruce J. Klores & Associates<br>1735 20th Street, N.W., Washington, DC 20009 | 1/28/2008 1:00 pm |

☑ YOU ARE COMMANDED to produce and permit inspection and copying of the following documents or objects at the place, date, and time specified below (list documents or objects):

Please see attached sheet.

| PLACE | DATE AND TIME |
|---|---|
| Bruce J. Klores & Associates<br>1735 20th Street, N.W., Washington, DC 20009 | 1/28/2008 1:00 pm |

☐ YOU ARE COMMANDED to permit inspection of the following premises at the date and time specified below.

| PREMISES | DATE AND TIME |
|---|---|
|  |  |

Any organization not a party to this suit that is subpoenaed for the taking of a deposition shall designate one or more officers, directors, or managing agents, or other persons who consent to testify on its behalf, and may set forth, for each person designated, the matters on which the person will testify. Federal Rules of Civil Procedure, 30(b)(6).

| ISSUING OFFICER'S SIGNATURE AND TITLE (INDICATE IF ATTORNEY FOR PLAINTIFF OR DEFENDANT) | DATE |
|---|---|
| *[signature]* | 1/16/2008 |

ISSUING OFFICER'S NAME, ADDRESS AND PHONE NUMBER
Scott M. Perry, Esquire
Bruce J. Klores & Associates, 1735 20th Street, N.W., Washington, DC 20009 -- (202) 628-8100

(See Rule 45, Federal Rules of Civil Procedure, Subdivisions (c), (d), and (e), on next page)

[1] If action is pending in district other than district of issuance, state district under case number.

United States District Court District of Columbia
Civil Division

Plaintiff[s]
_Robert Fenichel, M.D._
vs.                                                Civil Action No. _1:07cv00768JR_
_WMATA, et al._
Defendant[s]

Affidavit of Service by Process Server on Michelle Ferguson

I, _Kevin McLeod_, having been duly authorized to make service of the Subpoena and Plaintiff's Notice of Deposition Duces Tecum to Michelle Ferguson hereby depose and say
That my age and date of birth are as follows: _44 - 11/14/63_.
That my business address is: _P.O. Box 614 Silver Spring MD 20918_

☑ That at _1:07_ o'clock am/**pm** on the _17_ day of _January_
☑ I served the following named Defendant[s] {personally} _Michelle Ferguson_

_____
{defendant's name} a copy of the Subpoena and Plaintiff's Notice of Deposition Duces Tecum to Michelle Ferguson at
_4020 Livingston RD. S.E. WASH DC 20032_.

Description: _black female - mid-late 30's - tall - heavyset individual identified herself to me._

__ I served the following named Defendant{s} _____
by serving a copy of the Subpoena and Plaintiff's Notice of Deposition Duces Tecum to Michelle Ferguson at his/her place of abode at
_____,
with _____
Description: _____

Signature

Subscribed and sworn to before me this _17th_ day of _January 2008_.

Notary Public

My Commission Expires ___ Whitney Garbarino
Notary Public, District of Columbia
My Commission Expires 11/14/2012