UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. FENICHEL, M.D. )<br>Individually, and as Personal )<br>Representative of the )<br>Estate and Next of Kin of )<br>EMILY S. FENICHEL, Deceased, )<br>    )<br>    Plaintiff, )<br>    )<br>v.   )<br>    )<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY, et al. )<br>    )<br>    Defendants. )<br>_____) | Case No. 1:07-CV-00768-JR |

**CONSENT STIPULATION OF DIMISSAL WITHOUT PREJUDICE**
**OF DEFENDANT DAIMLER BUSES NORTH AMERICA**

Plaintiff Robert R. Fenichel, M.D., Individually and as Personal Representative of the Estate and Next of Kin of Emily S. Fenichel, Deceased, through his counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby dismisses, without prejudice, Defendant Daimler Buses North America f/ka DaimlerChrysler Commercial Buses North America, Inc. f/k/a Orion Bus Industries, Inc.

All parties consent to this dismissal.

This dismissal **shall not affect** the case against Defendant Washington Metropolitan Area Transit Authority, which shall proceed.

All parties shall bear their own costs.

Respectfully submitted,

| | |
|---|---|
| BRUCE J. KLORES & ASSOCIATES, P.C. | JORDAN COYNE & SAVITS, LLP |
| \_\_\_\_/s/ Scott Perry_____ | \_\_\_\_\_/s/ David P. Durbin\_\_\_ |
| Bruce J. Klores (#358548) | David P. Durbin (#928655) |
| Scott M. Perry (#459841) | D. Stephenson Schwinn (#358825) |
| 1735 20TH Street, N.W. | 1100 Connecticut Avenue, N.W. |
| Washington, DC 20009 | Suite 600 |
| P: (202) 628-8100 | Washington, DC 20036 |
| F: (202) 628-1240 | P: (202) 296-4747 |
| | F: (202) 496-2800 |
| *Counsel for Plaintiff* | *Counsel for Defendant DaimlerChrysler Commercial Buses North America, Inc.* |
| CREMER, KOPON, SHAUGHNESSY & SPINA LLC | WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
| _____/s/Bradley M. Burd_____ | _____/s/ Gerard J. Stief \_\_\_\_\_ |
| William J. Cremer, Esq. | Gerard J. Stief (#925933) |
| Bradley M. Burd, Esq. | Janice L. Cole (#440351) |
| 180 N. LaSalle Street, Ste. 3300 | 600 5th Street, N.W. |
| Chicago, IL 60601 | Washington, DC 20001 |
| P: (312) 726-3800 | P: (202) 962-1463) |
| F: (312) 726-3818 | |
| *Co-Counsel for Defendant DaimlerChrysler Commercial Buses North America, Inc.* | |

1845/stip.dismissal.bus