UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ROBERT R. FENICHEL, M.D. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:07-CV-768 |
| | ) | Judge James Robertson |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY | ) | |
| | ) | |
| Defendant. | ) | |

## CONSENT MOTION TO RESCHEDULE PRETRIAL CONFERENCE

Plaintiff, through counsel, hereby requests, with the consent of Defendant, that the Court reschedule the pre-trial conference in this case from August 27, 2008 at 4:30 p.m. to

**August 28, 2008 at 4:30 p.m.**

Plaintiff confirmed that this date was available through Courtroom Deputy Al Richburg. This request is made due to a family engagement that cannot be moved.

WHEREFORE, Plaintiff, with the consent of Defendant, respectfully requests that that the Court grant this Consent Motion and reschedule the pre-trial conference to August 28, 2008 at 4:30 p.m.

Dated: March 28, 2008

Respectfully submitted,

| | |
|---|---|
| BRUCE J. KLORES & ASSOCIATES, P.C. | WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY |
| _/s/ Scott M. Perry_____ | __/s/Gerard J. Stief_____ |
| Bruce J. Klores (358458) | Gerard J. Stief (925933) |
| Scott M. Perry (459841) | Janice L. Cole (440351) |
| 1735 20th Street, N.W. | 600 5th Street, N.W. |
| Washington, DC 20009 | Washington, DC 20001 |
| P: (202) 628-8100 | P: (202) 962-1463 |
| *Counsel for Plaintiff* | *Counsel for WMATA* |

1845/m.pretrial