REFERRAL TO MAGISTRATE JUDGE

CATEGORY: TYPE-B

Co 299 (Revised-DC 03/00)

| CAUSE OF ACTION: | 28:1391 Personal Injury | | | |
|---|---|---|---|---|
| CASE NO:<br>07-cv-00768 | DATE REFERRED:<br>6/2/08<br><br>DISPOSITION DATE: | PURPOSE:<br>Mediation | JUDGE:<br>Robertson | MAG. JUDGE<br>Kay |

| PLAINTIFF(S):<br>ROBERT R. FENICHEL | DEFENDANT(S):<br>WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY et al |
|---|---|

ENTRIES: