**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROBERT R. FENICHEL, M.D. ) <br> Individually, and as Personal ) <br> Representative of the ) <br> Estate and Next of Kin of ) <br> EMILY S. FENICHEL, Deceased, ) <br>  ) <br>     Plaintiff, ) <br>  ) <br> v. ) <br>  ) <br> WASHINGTON METROPOLITAN ) <br> AREA TRANSIT AUTHORITY, et al. ) <br>  ) <br>     Defendants. ) <br> _____) | Case No. 1:07-CV-00768-JR |

## ERRATA

Plaintiff respectfully requests the Clerk of this Court to substitute this attached first page for the first page submitted with the Motion entitled PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO, OR RELIANCE UPON, D.C. MUNICIPAL REGULATION § 2302.3, filed on August 4, 2008. This errata corrects a spelling error.

                                                                     Respectfully submitted,

                                                                      BRUCE J. KLORES & ASSOCIATES, P.C.

                                                                      By  /s/ Scott M. Perry_____
                                                                         Bruce J. Klores (358548)
                                                                         Scott M. Perry (#459841)
                                                                         1735 20th Street, N.W.
                                                                         Washington, DC 20009
                                                                         P: 202-628-8100
                                                                         F: 202-628-1240
                                                                         Attorneys for Plaintiffs

2

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that a true and correct copy of the foregoing was served electronically on this 4th day of August 2008, on the following counsel:

Gerard Joseph Stief, Esquire
Janice Lynn Cole, Esquire
WMATA
600 5th Street, NW
Washington, DC 20001

                                              /s/ Scott M. Perry
                                          Scott M. Perry

1845/MIL.signals.Errata

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT R. FENICHEL, M.D.<br>Individually, and as Personal<br>Representative of the<br>Estate and Next of Kin of<br>EMILY S. FENICHEL, Deceased,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY, et al.<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No. 1:07-CV-00768-JR<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFF'S MOTION *IN LIMINE* TO EXCLUDE REFERENCE TO, OR
RELIANCE UPON, D.C. MUNICIPAL REGULATION § 2302.3**

    Plaintiff, through counsel, and pursuant to the Court's inherent powers, moves this Court to prohibit Defendant WMATA from referring to, or relying upon, D.C. Municipal Regulation ("DCMR") § 2302.3 to prove that Mrs. Fenichel was contributorily negligent. In support of this Motion, Plaintiff states as follows:

**INTRODUCTION**

    This case arises from the death of Emily Fenichel, a 64 year old wife, mother and grandmother, who while in a crosswalk on Wisconsin Avenue on June 8, 2006, was run over by a WMATA bus. The collision occurred at the intersection of Wisconsin Avenue, N.W. and Jenifer Street, N.W. (the "Intersection"), which contains both traffic lights and pedestrian crossing signals.

    WMATA concedes that Mrs. Fenichel was in the crosswalk when she was struck and killed; that Mrs. Fenichel was not crossing against the flow of vehicular traffic on Wisconsin